# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| METROPLEX PATHOLOGY ASSOCIATES AND MIRACA LIFE SCIENCES, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 2012-11024-RWZ |
| THOMAS HORN, M.D., LISA M. COHEN, M.D., AND MGPO DERMATOPATHOLOGY ASSOCIATES, | ) ) ) ) |
| Defendants. | ) ) |

_____ )

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED,** by and between the parties, through their respective

counsel, that the above-entitled matter be dismissed, with prejudice and without costs or

attorneys' fees to any party and with all rights of appeal waived in this matter.

<table>
<tr>
<td>Thomas Horn, M.D., Lisa M. Cohen, M.D.,<br>And MGPO Dermatopathology Associates<br>By their Attorneys,</td>
<td>Metroplex Pathology Associates and Miraca<br>Life Sciences, Inc.<br>By their Attorneys,</td>
</tr>
<tr>
<td><i>/s/ Scott McConchie</i><br>Thomas F. Maffei (BBO # 313220)<br><i>tmaffei@gtmllp.com</i><br>Scott McConchie (BBO # 634127)<br><i>sm@gtmllp.com</i><br>GRIESINGER, TIGHE & MAFFEI, LLP<br>176 Federal Street<br>Boston, MA 02110<br>Tel: 617-542-9900 / Fax: 617-542-0900</td>
<td>/s/ Michael Day<br>Torres, Scammon & Day, LLP<br>Michael S. Day (BBO # 656247)<br>Steven J. Torres (BBO # 648616)<br>35 India Street<br>Boston, MA 02110<br>T: (617) 307-4426; F: (617) 307-4427<br>mday@tsdlegal.com<br>storres@tsdlegal.com</td>
</tr>
</table>

DATED: April 12, 2013

## <u>Certificate of Service</u>

I hereby certify that on this 12th day of April a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<u>/s/ Michael S. Day</u>
Michael S. Day